# In The United States Court of Federal Claims

No. 08-191C

(Filed: October 6, 2008)

_____

CHENEGA TECHNOLOGY SERVICES
CORPORATION,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

Oral argument on defendant's motion to dismiss will be held in this case on Wednesday, December 3, 2008, at 2:00 p.m. (EST), at the United States Court of Federal Claims, National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. The courtroom location will be posted in the lobby on the day of the oral argument.

**IT IS SO ORDERED.**

        s/ Francis M. Allegra
        Francis M. Allegra
        Judge