# In The United States Court of Federal Claims

No. 08-191C

(Filed: November 25, 2008)

_____

CHENEGA TECHNOLOGY SERVICES
CORPORATION,

          Plaintiff,

  v.

THE UNITED STATES,

          Defendant.

_____

**ORDER**

_____

On November 25, 2008, the parties filed a joint status report and a motion to stay proceedings in this case to finalize a settlement agreement. Accordingly:

1. The motion to stay is **GRANTED** and proceedings in this case are hereby **STAYED**.

2. The court hereby cancels oral argument on defendant's motion to dismiss, which was scheduled for December 3, 2008; and

3. The parties shall file a joint status report on their progress towards settlement on or before January 30, 2009, with subsequent reports to follow every 56 days thereafter for the duration of the stay.

**IT IS SO ORDERED.**

                                                    s/ Francis M. Allegra
                                                    Francis M. Allegra
                                                    Judge