# In The United States Court of Federal Claims

No. 08-191C

(Filed: April 1, 2009)

_____

CHENEGA TECHNOLOGY SERVICES
CORPORATION,

                Plaintiff,

    v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

      The similarity of the joint status reports filed on January 29, 2009, and March 27, 2009, suggests that progress towards finalizing a settlement agreement in this case has been slow. Accordingly, on or before April 29, 2009, the parties shall file their next joint status report (hopefully documenting further progress), with subsequent reports to follow every 28 days thereafter for the duration of the stay.

    **IT IS SO ORDERED.**

                                                                s/ Francis M. Allegra
                                                                Francis M. Allegra
                                                                 Judge